1  BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE FOUNTAIN, ) | Civil No. C07-05169 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Wednesday, March 26, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (16) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |

Dated: February 22, 2008                    /s/
                                            SHEA L. BOND
                                            Assistant U.S. Attorney


Dated: February 22, 2008                    /s/
                                            BETTY HERRERA
                                            Attorney for Plaintiff
                                            DWAYNE FOUNTAIN


IT IS SO ORDERED.


Dated:       3/10/08
                                            _____
                                            HON. CLAUDIA WILKEN
                                            United States District Judge




STIPULATION AND ORDER

2