HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE FOUNTAIN, | ) | Civil No. C07-05169 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time of (7) days up through and including Friday, May 2, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (14) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |

Dated: April 23, 2008        /s/
SHEA L. BOND
Special Assistant U.S. Attorney

Dated: April 23, 2008        /s/
HARVEY P. SACKETT
Attorney for Plaintiff
DWAYNE FOUNTAIN

IT IS SO ORDERED.

Dated:    4/25/08

HON. CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER

2