JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  415-977-8934
    Fax:   415-744-0134
    E-mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE FOUNTAIN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Acting Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 07-05169 CW <br><br> STIPULATION AND ORDER FOR EXTENSION |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 14-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment.  Due to a heavy workload and the length of Plaintiff's Memorandum and the number of issues raised therein, the Special Assistant United States Attorney for the Commissioner requires additional time to respond to Plaintiff's arguments.

    The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on June 16, 2008.

///

///

| | | |
|---|---|---|
| Dated: June 2, 2008 | | /s/ *Harvey P. Sackett* <br> *(As authorized via telephone on June 2, 2008)* <br> HARVEY P. SACKETT <br> Attorney for Plaintiff |
| | | JOSEPH P. RUSSONIELLO <br> United States Attorney |
| Dated: June 2, 2008 | By: | /s/ *Shea Lita Bond* <br> SHEA LITA BOND <br> Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 14 days in which to respond to Plaintiff's Motion for Summary Judgment, up to and including June 16, 2008.  Reply due within 14 days of service of Defendant's opposition or counter-motion.

Dated: 6/11/08

*(signature: Claudia Wilken)*

HONORABLE CLAUDIA WILKEN
United States District Judge

2